# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                        **CRIMINAL ACTION NO. 3:09CR112-P-A**

**MEKENZIE YOUNG, ET AL.,**                      **DEFENDANTS.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendant Mekenzie Young's Motion for Continuance [67]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for February 8, 2010. Defense counsel requests a continuance to afford more time to meet investigate the charges against the defendant and to complete inspection of discovery material.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(7)(A), the period of delay from February 8, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The time is also excludable as to Defendant Young's co-defendants pursuant to 18 U.S.C. section 3161(h)(6) because the period of delay is reasonable and no motion for severance has been granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Mekenzie Young's Motion for Continuance [67] is **GRANTED**;

(2) Trial of this matter is continued **as to all defendants** until Monday, April 12, 2010 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from February 8, 2010 to April 12, 2010 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is March 22, 2010; and

(5) The deadline for submitting a plea agreement is March 29, 2010.

**SO ORDERED** this the 26th day of January, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE