**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                                         **CRIMINAL ACTION NO. 3:09CR112-P-A**

**QUAWI GATES a/k/a "RED,"**
**JACQUISHA DENISE SIMS,**
**GARRION LIGGINS,**
**MICHAEL ELLIOT, and**
**MEKENZIE YOUNG,**                                             **DEFENDANTS.**

## ORDER

This matter comes before the court upon the Government's motion [70] to strike reference to 18 U.S.C. §371 on the penalty page of the Indictment. After due consideration of the motion, the court finds that it should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The Government's motion [70] to strike reference to 18 U.S.C. §371 on the penalty page of the Indictment is **GRANTED**; therefore,

(2) All references to 18 U.S.C. §371 on the penalty page of the Indictment are hereby stricken.

**SO ORDERED** this the 27th day of January, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE